UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TUYET TINA NGOC TRINH, | ) | Case No. 24-80531 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

_____

| | | |
|---|---|---|
| PATRICK S. LAYNG, | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 24-96020 |
| | ) | |
| v. | ) | |
| | ) | |
| TUYET TINA NGOC TRINH, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies pursuant to 28 U.S.C. § 1746 that she is an employee in the Office of the United States Trustee for the Northern District of Illinois, Western Division and is a person of such age and discretion as to be competent to serve papers.

That on September 23, 2024, copies of the Summons and Complaint in the above adversary proceeding were served on the parties below by placing said copies in a postpaid envelope and by depositing said envelope and contents in the United States Mail and via email at tuyettinatrinh@gmail.com.

The undersigned further certifies under penalty of perjury that the foregoing is true and correct.

Tuyet Tina Ngoc Trinh  
1706 Hoover Trl  
McHenry, IL 60051

Tuyet Tina Ngoc Trinh  
5309 Cobblers Xing  
McHenry, IL 60050

/s/ April Wentz  
April Wentz  
Paralegal Specialist