UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>TUYET TINA NGOC TRINH,<br><br>Debtor(s)<br><br>Patrick Layng, United States Trustee<br><br>Plaintiff(s)<br><br>TUYET TINA NGOC TRINH,<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 24-80531<br><br>Chapter: 7<br><br>Honorable Thomas M. Lynch<br><br>Adv. No.: 24-96020 |

## JUDGMENT BY DEFAULT

Default was entered against the Defendant, Tuyet Tina Ngoc Trinh, on November 13, 2024. Therefore, on motion of the plaintiff, judgment is entered against that defendant in favor of the plaintiff as follows:

   IT IS ORDERED that:

Tuyet Tina Ngoc Trinh's discharge is denied pursuant to 11 U.S.C. §§ 727(a)(3), (4), and (5).

Enter:

/s/ Thomas M. Lynch

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: November 25, 2024

**Prepared by:**
Jennifer K. Niemeier
Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715

(608) 264-5522
Jennifer.Niemeier@usdoj.gov